UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AMIR ANDREWS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 18-13306 (MAS) (DEA) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| OFFICER D. PRIEBS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter has come before the Court on a civil rights complaint filed by Plaintiff Amir Andrews. (Am. Compl., ECF No. 5.) Presently before the Court is the Report and Recommendation of the Honorable Douglas E. Arpert, U.S.M.J., recommending that the case be dismissed without prejudice. (R. & R., Nov. 17, 2020, ECF No. 43.) When Plaintiff initially filed his complaint, he was incarcerated at New Jersey State Prison. (*Id.* at 1.) He was released from New Jersey State Prison, however, on May 22, 2020. (*Id.*) Although he provided the Court with an updated address, mail sent to that address was returned as undeliverable. (*Id.*) Additionally, Defendants, who sought to schedule a deposition of Plaintiff, informed the Court that they were also unable to contact Plaintiff at the address he provided. (*Id.*) As a result, the Court issued an Order to Show Cause directing Plaintiff to respond within 60 days as to why the matter should not be dismissed for his failure to comply with Local Civil Rule 10.1. (Order to Show Cause, Sept. 2, 2020, ECF No. 40.) The Court sent the order to the address Plaintiff had previously provided, as well as to an address the Court located through an online search. (*Id.* at 2.) Plaintiff did not respond. (R. & R. 2.)

Subsequently, on November 17, 2020, Magistrate Judge Arpert filed his Report and Recommendation. (*Id.* at 3.) The Report and Recommendation provided the parties with 14 days to file any objections. (*Id.*) Having received no objections pursuant to Local Civil Rule 72.1(c)(2) and upon review of the Report and Recommendation and the full record, and for good cause shown,

**IT IS** on this 5th day of February, 2021,

**ORDERED** that the Report and Recommendation of Magistrate Judge Arpert (ECF No. 43) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court;

**ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon the parties and shall **CLOSE** the file.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**